IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JUUL Labs Incorporated, et al., | No. CV-23-01204-PHX-DWL |
| Plaintiffs, | **ORDER** |
| v. | |
| NJOY LLC, et al., | |
| Defendants. | |

The Court having recused itself in the above-stated cause number and Judge Steven P. Logan having been randomly drawn,

IT IS ORDERED reassigning this case to Judge Logan for all further proceedings. All future pleadings shall bear the following case caption: CV-23-01204-PHX-SPL.

Dated this 3rd day of July, 2023.

Dominic W. Lanza
United States District Judge