David G. Barker (#024657)
Zachary G. Schroeder (#036226)
SNELL & WILMER L.L.P.
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: dbarker@swlaw.com
            zschroeder@swlaw.com
*Counsel for Defendants NJOY, LLC, NJOY Holdings, Inc., Altria Group, Inc., Altria Group Distribution Company, and Altria Client Services LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JUUL Labs, Inc.; and VMR Products LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NJOY, LLC; NJOY Holdings, Inc.; Altria Group, Inc.; Altria Group Distribution Company; and Altria Client Services LLC,<br><br>Defendants. | No. 2:23-CV-01204-PHX-SPL<br><br>**JOINT STATUS REPORT REGARDING ITC INVESTIGATION** |

Pursuant to the Court's Order dated March 27, 2025 [ECF 45], the Parties hereby provide notice that the investigation before the United States International Trade Commission, *In the Matter of Certain Vaporizer Devices, Cartridges Used Therewith, and Components Thereof*, Inv. No. 337-TA-1368, is currently pending appeal. Thus, this action should remain stayed.

DATED this 22nd day of July, 2025.

SNELL & WILMER L.L.P.

By: /s/*Zachary G. Schroeder*
David G. Barker
Zachary G. Schroeder
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556

4900-2542-0375

*Counsel for Defendants NJOY, LLC, NJOY Holdings, Inc., Altria Group, Inc., Altria Group Distribution Company, and Altria Client Services LLC*

COPPERSMITH BROCKELMAN PLC

By: /s/*Malvika A. Sinha (with permission)*
Malvika A. Sinha
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Kevin P.B. Johnson*
Victoria F. Maroulis*
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065

S. Alex Lasher*
K. Kevin Chu*
1300 I Street, NW, Suite 900
Washington, D.C. 20005

Andrew M. Holmes*
Iman Lordgooei*
50 California Street, 22nd Floor
San Francisco, CA 94111

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

Michael T. Renaud*
One Financial Center
Boston, MA 02111

Jonathan J. Engler (application for admission *pro hac vice* to be filed when stay is lifted)
555 12th Street NW, Suite 1100
Washington, D.C. 20004

*Attorneys for Plaintiffs, JUUL Labs, Inc. and VMR Products LLC*

* Admitted pro hac vice